**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| ROY B. VOLK,<br><br>    Plaintiff,<br><br>vs.<br><br>NEW YORK LIFE INSURANCE COMPANY and DOES 1-10<br><br>    Defendants. | Cause No.: CV-21-82-GF-BMM-JTJ<br><br>**ORDER GRANTING JASON HOLDEN AND RACHEL SCHWARTZ TO APPEAR TELEPHONICALLY** |

_____

Pursuant to Defendant's Unopposed Motion for New York Life Insurance Company's in-house counsel and plaintiff's co-counsel Jason Holden to appear telephonically or by zoom,

IT IS HEREBY ORDERED that these counsel may appear via telephone or zoom at the hearing scheduled on December 14, 2021 at 1:30 PM, with

arrangements to be made in advance by counsel in cooperation with the clerk and the court.

DATED this 13th day of December, 2021.

_____
Brian Morris, Chief District Judge
United States District Court