IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ROY B. VOLK,<br><br>              Plaintiff,<br><br>v.<br><br>NEW YORK LIFE INSURANCE COMPANY and DOES 1-10,<br><br>              Defendants. | Cause No. CV-21-82-BMM<br><br>**ORDER GRANTING UNOPPOSED MOTION TO APPEAR VIA ZOOM** |

Having considered Plaintiff Roy B. Volk's Unopposed Motion to Allow Plaintiff to Appear Via Zoom and good cause appearing, IT IS HEREBY ORDERED that Plaintiff may appear at the motion hearing on December 14, 2021 at 1:30 p.m. via Zoom.  Arraignments for the Zoom appearance will be made with the Clerk of Court's office.

DATED this 13th day of December, 2021.

_____
Brian Morris, Chief District Judge
United States District Court