**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| ROY B. VOLK,<br><br>      Plaintiff,<br><br>vs.<br><br>NEW YORK LIFE INSURANCE COMPANY and DOES 1-10<br><br>      Defendants. | Cause No.: CV-21-82-GF-BMM<br><br><br>**ORDER GRANTING UNOPPOSED MOTION TO EXTEND PRELIMINARY PRETRIAL SUBMISSION DEADLINES AND CONTINUE CONFERENCE** |

Before the Court is defendant New York Life Insurance Company's ("NYLIC") Unopposed Motion to Extend Preliminary Pretrial Submission Deadlines and Continue Conference, requesting that the Court extend certain deadlines established in its April 12, 2022, Order (Doc. 20) and reset the time for the preliminary pretrial conference. NYLIC's motion being unopposed,

IT IS HEREBY ORDERED that NYLIC's motion is **GRANTED**. The April 22, 2022, preliminary pretrial submission deadlines described paragraphs (3), (5), and (6) of the Order, including the deadlines for the joint discovery plan, preliminary pretrial statement, and statement of stipulated facts, are extended to and including **May 6, 2022**.

IT IS FURTHER ORDERED that the telephonic preliminary pretrial conference is **CONTINUED** to the 11th day of May, 2022 at 3:00 p.m. The call-in number is as follows: 877-402-9753; access code: 5136505.

DATED this 18th day of April, 2022.

_____
Brian Morris, Chief District Judge
United States District Court