IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ROY B. VOLK | CV-21-82-GF-BMM |
| Plaintiff, | |
| vs. | **ORDER** |
| NEW YORK INSURANCE COMPANY, | |
| Defendant. | |

Upon the Joint Motion to Dismiss (Doc. 48), **IT IS HEREBY ORDERED** that this case is **DISMISSED** with each party to bear their own costs and fees.

DATED this 12th day of May, 2023.

_____
Brian Morris, Chief District Judge
United States District Court