# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| ROY B. VOLK, | Cause No.: CV-21-82-GF-BMM |
| Plaintiff, | |
| vs. | **AMENDED ORDER OF DISMISSAL WITH PREJUDICE** |
| NEW YORK LIFE INSURANCE COMPANY, NEW YORK LIFE INSURANCE COMPANY OF ARIZONA, and DOES 2-10 | |
| Defendants. | |

Before the court is the parties' Joint Motion for Dismissal with Prejudice, (Doc. 48) representing that the parties have reached a settlement on the merits and requesting that the court dismiss the case with prejudice pursuant to Fed. R. Civ. P. 41(a)(2).  Accordingly, IT IS HEREBY ORDERED that the parties' joint motion is **GRANTED,** and this case is **dismissed with prejudice**.  Each party shall bear its

own costs of suit and attorneys' fees. IT IS ALSO ORDERED that Defendant's

Motion to Clarify is DENIED as MOOT.

DATED this 15th day of May 2023.

_____
Brian Morris, Chief District Judge
United States District Court